UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED

NOV 1 2 2008

Michael N. Milby, Clerk of Court

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | CRIMINAL NUMBER |
| | § | |
| GABRIEL AMADOR | § | **C-08-738** |
| CODY CLINT | § | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

Beginning on or about December 7, 2007, and continuing to on or about April 8, 2008, in the Corpus Christi Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendants,

GABRIEL AMADOR
and CODY CLINT,

did knowingly and intentionally conspire and agree together, with each other, and with other persons known and unknown to the Grand Jury to knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved more than fifty (50) grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(B).

### COUNT TWO

On or about April 8, 2008, in the Corpus Christi Division of the Southern District of Texas and within the jurisdiction of the Court, the defendant,

GABRIEL AMADOR,

after having been previously convicted of a crime punishable by imprisonment for a term exceeding one (1) year, did knowingly possess in and affecting foreign and interstate commerce two (2) firearms, to wit: a Glock, model 30, .45 caliber pistol, serial number CEV289US, and a Taurus, model PT 101, .40 caliber revolver, serial number SLA06923.

In violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(2).

ORIGINAL SIGNATURE ON FILE

TIM JOHNSON
ACTING UNITED STATES ATTORNEY

By: _____
MICHAEL E. HESS
Assistant United States Attorney