UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED

NOV 1 2 2008

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NUMBER |
| | § | |
| CODY CLINT | § | C-08-738 |

## GOVERNMENT'S MOTION FOR ISSUANCE OF ARREST WARRANT

COMES NOW the United States of America through Tim Johnson, Acting United States

Attorney in and for the Southern District of Texas, and respectfully requests the Honorable Court

to issue a warrant for the arrest of CODY CLINT, pursuant to an Indictment filed on

November 12, 2008. The Government moves for the defendant's detention without bond.

Respectfully submitted,

TIM JOHNSON
ACTING UNITED STATES ATTORNEY

By: _____
MICHAEL E. HESS
Assistant United States Attorney