| **U.S. Department of Justice** | | **Criminal Docket** | |
| Washington, D.C. | **(AMENDED)** | Presented in Corpus Christi | |

CORPUS CHRISTI Division  CR. No. C-08-738

File:

INDICTMENT    Filed: November 12, 2008    Judge: HON. JANIS GRAHAM JACK

County: Nueces

LIONS #: 2008R15033    Attorneys:

United States of America

TIM JOHNSON, ACTING, U.S. ATTORNEY
MICHAEL E. HESS, ASST. U.S. ATTORNEY

v.    **GRAND JURY ACTION    APP'D  RET**

GABRIEL AMADOR    **PLEASE INITIAL**

CODY CLINT

**TRUE BILL:** _____

**NO BILL**: _____

Charge(s): Ct. 1: (Both Defendants) Did knowingly and intentionally conspire to possess with intent to distribute more than 50 grams of a mixture or substance containing a detectable amount of methamphetamine: 21 USC 846, 841(a)(1), and 841(b)(1)(B).

Total Counts (2)

Ct. 2: (Defendant #1) Did knowingly possess a firearm while a convicted felon in and affecting foreign or interstate commerce: 18 USC 922(g)(1) and 924(a)(2).

Penalty: Ct 1: Not less than 5 and not more than 40 years imprisonment without probation, parole or suspended sentence, or a fine not to exceed $2 million, or both; at least 4 years SRT; a $100 Special Assessment; and, community restitution up to the amount of any fine imposed by the Court.

Ct. 2: Not more than 10 years imprisonment or a fine not to exceed $250,000, or both; not more than 3 years SRT; and a $100 Special Assessment.

In Jail:

On Bond:

No Arrest: (Both Defendants) Motion for Arrest Warrant without bond