HONORABLE BRIAN L. OWSLEY PRESIDING
DEP. CLERK : Kendra Bledsoe / ERO: Linda Rivera
PRETRIAL: Elias Valverde
D.U.S.M.: John Aristoguy
INTERPRETER: Zeph Pease - ( ) used / (X) not used
Digital OPEN: 1:55:05 ADJOURN: 2:01:00
( ) _____ minutes

United States Courts
Southern District of Texas
FILED

NOV 18 2008

Michael N. Milby, Clerk of Court
DATE: November 18, 2008

CR NO. C-08-738 DEFT 2

UNITED STATES OF AMERICA § AUSA: Patti Hubert Booth

VS. § ( ) RET
( ) CJA
Cody Clint § _____ ( )AFPD

**************************INITIAL APPEARANCE**********************************

(X) Deft(s) sworn    (X) Deft(s) advised of rights.
(X) Date of arrest : 11-17-08
(X) Deft(s) appeared ( ) w/counsel (X) w/o counsel
( ) Deft advised his/her true name is:_____
     ( ) Government orally moves to amend name. Court grants motion to amend name. Order to be entered.

(X)  Deft(s) requests appointed counsel. Fin. Affidavit executed. ( ) Approved ( ) Not Approved.
     (X) Approved, but Defendant may be required to repay part or all of the cost of court appointed attorney if determined at a later date.

( ) Deft(s) advises he/she will retain own counsel .
( ) Bond set at : ( ) $_____with cash deposit of $_____ or ( ) $ _____
     Unsecured/P.R. Bond; ( ) viable co-surety ( ) 3rd party custodian; with additional conditions set.

(X) Issue of DETENTION: (X) Govt. moves for DETENTION and requests continuance; ( ) Govt. concurs
    with / defers to Pretrial Services bond recommendation.

( ) No bond set at this time, **10-DAY DETENTION ORDER** entered.
(X) (X) Arraignment ( ) Preliminary Examination (X) Detention Hearing ( ) Identity Hearing are
    set on : **November 21, 2008 at 10:00 a.m.**

( ) Status Conference set: _____

( ) Deft is a citizen of _____and Court advises deft of rights to consular notification.
    Deft ( ) wishes ( ) does not wish to have Consular's advised of arrest; ( ) Case Agent
    to notify Consular officials; ( ) Deft wishes to discuss with Attorney. ( ) MANDATORY NOTIFICATION;
    Court orders AUSA / Case Agent to notify officials.

(X) Deft(s) **REMANDED TO CUSTODY**
( ) Deft. Failed to appear. **ORDER** for issuance of **BENCH WARRANT**, bond **FORFEITED**
( ) REMARK:_____