# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| UNITED STATES OF AMERICA | }{ | |
|---|---|---|
| | }{ | |
| VS. | }{ | CR.NO. C-08-738 |
| | }{ | |
| CODY CLINT | }{ | |

## SENTENCING ORDER

On the __12th__ day of __January__, 2009, the defendant was found guilty. A Pre-Sentence Report is ordered and a sentencing schedule is established as follows:

1. No later than __February 17, 2009__, the United States Probation Office will complete a Pre-Sentence Report. Pursuant to Rule 32.4, Local Rules of the Southern District of Texas, the United States Probation Office will not advise counsel of the completion of the PSI Report.

2. No later than __March 4, 2009__, each counsel shall furnish a written statement to the United States Probation Office stating either that there are objections and describing them or that there are no objections. The defendant shall also sign the Defendant's Statement. Further, parties are then ordered to file all unresolved objections with the Court, ten days prior to sentencing.

3. No later than __March 16, 2009__, the United States Probation Office shall prepare the final Pre-Sentence Report and furnish it to the Court and the parties.

4. On __Thursday, March 26, 2009__, at __9:00 a.m.__, the defendant must appear for sentencing.

**DEFENDANT SHOULD NOTE THAT YOU HAVE A RIGHT TO HAVE YOUR ATTORNEY PRESENT WHEN YOU MEET WITH THE PROBATION DEPARTMENT.**

All parties and their counsel and the United States Probation Office shall comply fully with Local Rule 32 in the completion and review of the Pre-Sentence Report.

Ordered this __12th__ day of __January__, 2009.

Acknowledged:

X _Cody Clint_
Defendant

_____
Defendant's Counsel

_____
JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE

_____
Asst. United States Attorney