| | | | | |
|---|---|---|---|---|
| HONORABLE, | JANIS GRAHAM JACK, | Presiding | | |
| Case Manager: | Linda Rivera | | ERO: | Velma Gano |
| USM: | C. Mnoz | | USPO: | V. Valdez |
| Interpreter: | not needed | | USPT: | |
| DATE: | 3/26/09 | OPEN: 9:00 am | ADJOURN: | 9:20 am |

CR. C- 08-738  DEFT. 1

United States Courts
Southern District of Texas
FILED
MAR 26 2009
Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | }{ | AUSA: Michael Hess |
| VS. | }{ | |
| CODY CLINT | }{ | Stephen Byrne |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SENTENCING \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

(X) Sentencing held.      (X) Defendant sworn.

(X) SENTENCE:

   Ct (s) 1 : 35 months   Custody of Bureau of Prison

   4 years   Supervised Release Term (Standard Conditions, #92-36)

   Special Conditions:

   (X) Fine: $0

   (X) $100.00 Special Assessment is imposed on Count (s) 1

   (X) payment schedule: ( ) Due immediately (X) *Payment of the balance to begin 30 days after release from custody to a term of srt at the rate of $ 10 per month*

   ( ) Defendant is to undergo Drug Surveillance; Deft to incur costs

   (X) Defendant is to undergo Drug Treatment in BOP; Deft to incur costs, if he does not receive treatment in BOP, once released, up to 180 days in patient treatment.

   ( ) Defendant is to undergo Drug and Alcohol Treatment; Deft to incur costs

   ( ) Defendant is required to participate in Mental Health Programs as deemed necessary by USPO; Deft to incur costs

   ( ) Community Service: _____ hours as directed

   ( ) Deportation

(X) Count (s) remaining counts are dismissed on Government's Motion.

( ) Bond is continued.   ( ) Govt. objects   ( ) Govt. does not object

( ) Bond is revoked.   ( ) Bond is forfeited.

(X) Defendant is REMANDED to the custody of the U. S. Marshal.

( ) Defendant is to surrender to the U. S. Marshal on _____

( ) Defendant is to surrender to a designated institution.

(X) Nighttime Restriction 12p to 6 a  (X) Deft. advised of right to appeal  (X) Adopts PSI  Other Proceedings:_____

Court to recommend placement close to home.