PROB 12B
(5/00)

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF TEXAS

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
### (Probation Form 49, Waiver of Hearing is Attached)

| | | |
|---|---|---|
| Name of Offender: | Clint Cody | Case Number: 2:08CR00738-002 |
| Name of Sentencing Judge: | Honorable Janis Graham Jack | |
| Date of Original Sentence: | March 26, 2009 | |
| Original Offense: | Conspiracy to Possess With Intent to Distribute More Than 50 Grams of Methamphetamine | |
| Original Sentence: | 35 months imprisonment / 4 Years SRT<br>03/29/10: Sentence of imprisonment reduced to 30 months pursuant to Rule 35(b) | |
| Type of Supervision: | Supervised Release | Supervision Started: 01/20/2011 |

## EARLIER COURT ACTION

None.

## PETITIONING THE COURT

[ ] To extend the term of supervision for year, for a total term of years.

[X] To modify the conditions of supervision as follows:

**ALCOHOL ABSTINENCE**: The defendant shall abstain from the use of alcohol during the term of supervision.

## CAUSE

On January 5, 2014, Mr. Clint was arrested by a San Patricio County, Texas, Sheriff's deputy and charged with Disorderly Conduct. According to offense details, a San Patricio County, Texas, Sheriff's deputy was dispatched to the offender's home located at 293 Private Road 2213, in reference to a loud music complaint. The deputy arrived at the entrance to the property and met with the offender at a closed gate. The deputy explained he had been dispatched to the residence due to a complaint regarding the loud music. Mr. Clint became angered and advised

CLINT, Cody
Docket Number: 2:08CR00738-002
Page 2

the officer that it was only 8:00 p.m. and that he could have his music at any volume. During the conversation, the deputy noticed that the offender spoke with slurred speech and exhibited other signs of intoxication. Mr. Clint expressed his disagreement with the deputy, but agreed to turn the music volume down. Soon after the deputy departed the residence, the original complainant called back to advise that the music had again been turned up. The deputy returned to the residence but did not hear any music. The deputy made contact with Mr. Clint a second time and warned Mr. Clint that he would be arrested for disorderly conduct if the music was turned up again. The deputy departed the location then parked a short distance away. Approximately five minutes later, the music was turned up again. Upon returning to the location, the deputy noticed that the previously unlocked gates had been chained and pad locked. The deputy subsequently climbed the gate and proceeded to place Mr. Clint under arrest.

Based on the details of the offender's arrest, it is the U.S. Probation Office's recommendation that the offender's supervised release term conditions be modified to include alcohol abstinence. Prior to this arrest, the offender had complied with all aspects of his supervised release. Mr. Clint has agreed to the parameters of this modification.

Approved:                                    Respectfully submitted:

_____        by        _____
Arnoldo Perez, Jr., Supervising              Edward E. Cortez
U.S. Probation Officer                       U.S. Probation Officer
                                             January 23, 2014

CLINT, Cody
Docket Number: 2:08CR00738-002
Page 3

[ ] No Action

[ ] Extended Supervision as Noted

[✗] Modify Conditions as Noted

[ ] Other:

_____
Janis Graham Jack
Senior United States District Judge


January 27, 2014
_____
                      Date

PROB 49
(5/00)

RE: Cody Clint
2:08CR00738-002

# UNITED STATES DISTRICT COURT
## for the
## Southern District of Texas

### Waiver of Hearing to Modify Conditions
### of Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release or the proposed extension of my term of supervision:

**ALCOHOL ABSTINENCE**: The defendant shall abstain from the use of alcohol during the term of supervision.

Witness: [signature] U.S. Magistrate Judge    Signed: [signature] Probationer or Supervised Releasee

Date: Jan 23 2014    Date: 1/23/14